# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1132**                                    **September Term, 2025**

**EPA-91FR16388**
**COMM-OPR-2026-006516**

**Filed On: June 3, 2026** [2176554]

Center for Biological Diversity,

       Petitioner

     v.

Environmental Protection Agency, et al.,

       Respondents

------------------------------

Consolidated with 26-1134, 26-1138,
26-1140, 26-1143, 26-1144, 26-1146,
26-1147

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1144 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 6, 2026 |
| Statement of Issues to be Raised | July 6, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Kendall M. Callow
      Deputy Clerk

The following forms and notices are available on the Court's website:

   Agency Docketing Statement Form