# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Center for Biological Diversity

**v.**

EPA

**Case No:** 26-1132, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⊙ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⊙ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

EPA

Lee M. Zeldin

## Counsel Information

Lead Counsel: Laura J. Glickman

Direct Phone: ( 202 ) 598-3056  Fax: ( 202 ) 514-8865  Email: laura.glickman@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Firm Name:

Firm Address:

Firm Phone: ( ___ ) ___-___  Fax: ( ___ ) ___-___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)