# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1132** **September Term, 2026**

**COMM-OPR-2026-006516**
**EPA-91FR16388**

**Filed On:** September 16, 2026

Center for Biological Diversity,

Petitioner

v.

Environmental Protection Agency, et al.,

Respondents

------------------------------

Clean Fuels Alliance America, et al.,
Intervenors

------------------------------

Consolidated with 26-1134, 26-1138, 26-1140, 26-1143, 26-1144, 26-1146, 26-1147

**BEFORE:** Millett, Walker, and Childs, Circuit Judges

**O R D E R**

Upon consideration of the motion to sever and hold in abeyance, the responses thereto, and the reply, it is

**ORDERED** that issues specific to the 2025 Waiver Determination be severed, assigned a separate docket number, No. 26-1237, Center for Biological Diversity v. EPA, and held in abeyance pending further order of the court. All petitioners in these consolidated cases are deemed petitioners in No. 26-1237, and any intervenor in these consolidated cases who wishes to participate as an intervenor in No. 26-1237 must so notify the court in writing, and submit a corporate disclosure statement, within 30 days of the date of this order. The parties in No. 26-1237 are directed to file motions to govern further proceedings within 30 days of this court's disposition of Coalition for Renewable Natural Gas v. EPA, No. 25-1183, et al. (to be argued Oct. 13, 2026). It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1132** **September Term, 2026**

**FURTHER ORDERED**, on the court's own motion, that the parties submit, within 30 days from the date of this order, proposed formats for the briefing of these consolidated cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**Per Curiam**