# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1132** **September Term, 2026**

**EPA-91FR16388**
**COMM-OPR-2026-006516**

**Filed On: October 15, 2026** **[2198349]**

Center for Biological Diversity,

Petitioner

v.

Environmental Protection Agency, et al.,

Respondents

------------------------------

Clean Fuels Alliance America, et al.,
Intervenors

------------------------------

Consolidated with 26-1134, 26-1138,
26-1140, 26-1143, 26-1144, 26-1146,
26-1147

**O R D E R**

It is **ORDERED**, on the court's own motion, that the October 16, 2026, deadline for filing proposed briefing formats be suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk